**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ESTATE OF LILLIAN KEFALOS    :   No. 271 WAL 2021

                                                  :

                                                  :

PETITION OF: KATINA KEFALOS      :   Petition for Allowance of Appeal

                                                  :   from the Order of the Superior Court

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 30th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.